UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARAM SAMUEL BRUNSON,<br><br>Defendant. | )<br>)<br>)<br>)  Criminal No. 25cr10260<br>)<br>)  Violation:<br>)<br>)  Count One: False Statement<br>)  (18 U.S.C. § 1001(a)(2))<br>) |

## **INFORMATION**

COUNT ONE
False Statement
(18 U.S.C. § 1001(a)(2))

The United States Attorney charges that, on or about January 2, 2023, the defendant,

ARAM SAMUEL BRUNSON,

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the government of the United States, that is, he told a Special Agent of the Federal Bureau of Investigation that his purpose in making black powder was to create a flare that he later planned to replicate during a weekend trip with friends.  The statement and representation were false because, as ARAM

//

//

//

//

//

1

SAMUEL BRUNSON then and there knew, he was making black powder because he intended, in the future, to teach Armenians how to use it in their conflict with Azerbaijanis.

All in violation of Title 18, United States Code, Section 1001(a)(2).

                                                         Respectfully submitted,

                                                         LEAH B. FOLEY
                                                        United States Attorney

Date:   June 17, 2025                   By:    */s/ Amanda Beck*
                                                       AMANDA BECK
                                                        Assistant U.S. Attorney
                                                       District of Massachusetts