≈JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** NDIL    **Category No.** II    **Investigating Agency** FBI

**City** Chicago

**County** Cook

**Related Case Information:**
Superseding Ind./ Inf. X    Case No. _____
Same Defendant X    New Defendant _____
Magistrate Judge Case Number  24-MJ-8504-PGL
Search Warrant Case Number  23-8313; 23-8300; 23-8272
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name  Aram Samuel Brunson    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  Yerevan, Armenia / Newton, Massachusetts

Birth date (Yr only): 2003    SSN (last 4#): 0959    Sex: M    Race: Black    Nationality: USA

**Defense Counsel if known:**  Stephanie Siegmann / Damien Powell    Address: 28 State Street

Bar Number: _____    Boston, MA 02109-1775

**U.S. Attorney Information**

AUSA: Amanda Beck    Bar Number if applicable: CA 287767

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**  Plymouth, MA

**Arrest Date:**  06/16/25

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/17/2025    Signature of AUSA:  _/s/_

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    Aram Samuel Brunson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 USC 1001(a)(2) | False Statement | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013